# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**696**
**CAF 13-02184**
PRESENT: SCUDDER, P.J., CARNI, SCONIERS, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF TAMMY L. GAINES,
PETITIONER-APPELLANT,

V                                                                    ORDER

JASON F. PERRY, RESPONDENT-RESPONDENT.

---

ALAN BIRNHOLZ, EAST AMHERST, FOR PETITIONER-APPELLANT.

LOVALLO & WILLIAMS, BUFFALO (TIMOTHY R. LOVALLO OF COUNSEL), FOR
RESPONDENT-RESPONDENT.

JOSEPH C. BANIA, ATTORNEY FOR THE CHILD, BUFFALO.

---------------------------------------------------------------------------------------------------------

 Appeal from an order of the Family Court, Erie County (Rosalie
Bailey, J.), entered October 4, 2013 in a proceeding pursuant to
Family Court Act article 6.  The order dismissed the petition.

 It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  June 12, 2015                          Frances E. Cafarell
                                                 Clerk of the Court